| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  Cardiac and Surgical Services of San Antonio LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  8 4 – 2 8 2 1 7 7 0

4. **Debtor's address**

   **Principal place of business**
   5418 N Loop 1604 W #250
   Number    Street

   San Antonio    TX    78249
   City    State    ZIP Code

   Bexar
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Cardiac and Surgical Services of San Antonio LLC**     Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. Check all that apply:

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Check one:

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11. Check all that apply:
    - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - [ ] A plan is being filed with this petition.
    - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

Debtor **Cardiac and Surgical Services of San Antonio LLC** _____  Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☑ No
    ☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY
            District _____ When _____ Case number _____
                                  MM / DD / YYYY
            District _____ When _____ Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When _____
                                 MM / DD / YYYY
            Case number, if known _____

            Debtor _____ Relationship _____
            District _____ When _____
                                 MM / DD / YYYY
            Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor **Cardiac and Surgical Services of San Antonio LLC**     Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ☒ No
    - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number   Street

    _____
    City     State     ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and adminstrative information

13. **Debtor's estimation of available funds**
    *Check one:*
    - ☐ Funds will be available for distribution to unsecured creditors.
    - ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - ☐ 1-49
    - ☒ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated assets**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☒ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☒ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

Debtor **Cardiac and Surgical Services of San Antonio LLC**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/04/2023**
             MM / DD / YYYY

X **/s/ Clifford Crossett**
Signature of authorized representative of debtor

**Clifford Crossett**
Printed name

**US Cardio Partners LLC, Manager**
Title

**18. Signature of attorney**

X **/s/ Morris E. "Trey" White III**     Date **04/04/2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Morris E. "Trey" White III**
Printed name

**Villa & White LLP**
Firm name

**1100 N.W. Loop 410 Ste. 802**
Number      Street

**San Antonio**        **TX**        **78213**
City                                             State            ZIP Code

**(210) 225-4500**        **treywhite@villawhite.com**
Contact phone                         Email address

**24003162**
Bar number                                  State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

In re  **Cardiac and Surgical Services of San Antonio LLC**            Case No.  _____

                                                                                                     Chapter      **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept................................................... | **$15,335.00** |
   | Prior to the filing of this statement I have received....................................... | **$15,335.00** |
   | Balance Due...................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/04/2023** | **/s/ Morris E. "Trey" White III** | |
|:---:|:---|:---|
| Date | *Morris E. "Trey" White III* | Bar No. 24003162 |
| | Villa & White LLP | |
| | 1100 N.W. Loop 410 Ste. 802 | |
| | San Antonio, Texas 78213 | |
| | Phone: (210) 225-4500 / Fax: (210) 212-4649 | |

</div>

/s/ Clifford Crossett

**Clifford Crossett**
**US Cardio Partners LLC, Manager**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cardiac and Surgical Services of San Antonio LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Boston Scientific Corporation<br>PO BOX 951653<br>Dallas, TX 75395-1653 | | | | | | $280,661.04 |
| 2 | Biotronik, Inc.<br>PO BOX 205421<br>Dallas, TX 75320-5421 | | | | | | $199,012.49 |
| 3 | Philips Healthcare<br>PO BOX 100355<br>Atlanta, GA 30384-0355 | | | | | | $146,542.83 |
| 4 | Wright Business Technologies, Inc<br>333 North Sam Houston Parkway East<br>Suite 880<br>Houston, TX 77060 | | | | | | $76,185.27 |
| 5 | Medtronic<br>PO BOX 848086<br>Dallas, TX 75284-8086 | | | | | | $42,702.53 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor **Cardiac and Surgical Services of San Antonio LLC**  Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | McKesson Medical Surgical<br>PO BOX 660266<br>Dallas, TX 75266-0266 | | | | | | $42,039.29 |
| 7 | Teleflex LLC<br>PO BOX 936729<br>Atlanta, GA 31193-6729 | | | | | | $35,145.99 |
| 8 | Cook Medical<br>22988 Network Place<br>Chicago, IL 60673-1229 | | | | | | $33,344.28 |
| 9 | C.R. Bard Inc.<br>PO BOX 75767<br>Charlotte, NC 28275 | | | | | | $26,736.98 |
| 10 | Cardinal Health<br>PO BOX 730112<br>Dallas, TX 75373 | | | | | | $23,823.19 |
| 11 | Terumo Medical Corporation<br>PO BOX 208343<br>Dallas, TX 75320-8343 | | | | | | $19,020.89 |
| 12 | Collect Rx, LLC<br>10411 Motor City Drive Suite 300B<br>Bethesda, MD 20817 | | | | | | $18,919.07 |
| 13 | Spectranetics LLC<br>Dept CH19038<br>Palatine, IL 60055-9038 | | | | | | $18,889.63 |

Debtor **Cardiac and Surgical Services of San Antonio LLC**    Case number (if known) _____
           Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Abbott Laboratories<br>22400 Network Place<br>Chicago, IL 60673-1224 | | | | | | $18,770.55 |
| 15 | Angiodynamics<br>PO BOX 1549<br>Albany, NY 12201-1549 | | | | | | $18,486.55 |
| 16 | Shockwave Medical Inc<br>PO BOX 743799<br>Los Angeles, CA 90074-3799 | | | | | | $17,861.34 |
| 17 | ImageFIRST of San Antonio<br>PO BOX 778933<br>Chicago, IL 60677-8933 | | | | | | $15,611.20 |
| 18 | Cardiovascular Systems, Inc<br>1225 Old Highway 8 NW<br>New Brighton, MN 55112 | | | | | | $13,147.24 |
| 19 | Vest, PLLC<br>12602 Toepperwein Rd Suite 118<br>Live Oak, TX 78233 | | | | | | $11,735.90 |
| 20 | Brett Systems, Inc.<br>PO BOX 461389<br>San Antonio, TX 78246-1389 | | | | | | $11,642.30 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 3

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

IN RE:   **Cardiac and Surgical Services of San Antonio LLC**               CASE NO

                                                                            CHAPTER   **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  4/4/2023                                Signature  /s/ Clifford Crossett
                                                         *Clifford Crossett*
                                                         *US Cardio Partners LLC, Manager*

Date _____                          Signature _____

| | | |
|---|---|---|
| Abbott Laboratories<br>22400 Network Place<br>Chicago, IL 60673-1224 | Biotronik, Inc.<br>PO BOX 205421<br>Dallas, TX 75320-5421 | Cook Medical<br>22988 Network Place<br>Chicago, IL 60673-1229 |
| ACIST Medical Systems Inc.<br>PO BOX 978975<br>Dallas, TX 75397-8975 | Boston Scientific Corporation<br>PO BOX 951653<br>Dallas, TX 75395-1653 | Corridor Medical Services, Inc<br>1619 E Common Street Bldg L<br>Suite 1202<br>New Braunfels, TX 78130 |
| Albert Urseti, MPA, PCC<br>PO BOX 92903<br>San Antonio, TX 78299-2903 | Bracco Diagnostics, Inc<br>PO BOX 978952<br>Dallas, TX 75397-8952 | Cummins<br>PO BOX 772642<br>Detroit, MI 48277-2642 |
| American Precision Medical Gas<br>163 Harmon Dr<br>San Antonio, TX 78209 | Brett Systems, Inc.<br>PO BOX 461389<br>San Antonio, TX 78246-1389 | Firetrol Protection Systems, Inc.<br>105 Windy Meadows Dr<br>Bldg 1<br>Schertz, TX 78154 |
| American Proficiency Institute<br>Department 9526<br>PO BOX 30516<br>Lansing, MI 48909-8016 | Bruce T. Kuo, MDPA<br>21806 Rugosa Hill<br>San Antonio, TX 78256 | Fujifilm Healthcare Americas<br>PO BOX 347689<br>Pittsburgh, PA 15251-4689 |
| Angiodynamics<br>PO BOX 1549<br>Albany, NY 12201-1549 | C.R. Bard Inc.<br>PO BOX 75767<br>Charlotte, NC 28275 | Getinge USA Sales LLC<br>PO BOX 775436<br>Chicago, IL 60677-5436 |
| Attorney General of the United States<br>Main Justice Bldg; Room 5111<br>10th and Constitution Ave. NW<br>Washington, D.C. 20530 | Cardiac and Surgical Services of San Ant<br>5418  N Loop 1604 W #250<br>San Antonio, TX 78249 | Gillette Air Conditioning Co.,Inc<br>1215 San Francisco<br>San Antonio, TX 78201-4688 |
| Avante Health Solutions<br>2601 Stanley Gault Parkway<br>Suite 101<br>Louisville, KY 40223 | Cardinal Health<br>PO BOX 730112<br>Dallas, TX 75373 | HF Acquisition CO LLC<br>Dept CH 14330<br>Palatine, IL 60055-4330 |
| BioMedGas, Inc<br>PO BOX 160578<br>San Antonio, TX 78280 | Cardiovascular Systems, Inc<br>1225 Old Highway 8 NW<br>New Brighton, MN 55112 | HITACHI<br>Dept 781378 PO BOX 78000<br>Detroit, MI 48278-1378 |
| Biomedical Repair Services of Texas, LLC<br>17460 IH 35 North<br>Suite 430-386<br>Schertz, TX 78154 | Collect Rx, LLC<br>10411 Motor City Drive<br>Suite 300B<br>Bethesda, MD 20817 | ImageFIRST of San Antonio<br>PO BOX 778933<br>Chicago, IL 60677-8933 |

Internal Revenue Service
300 E. 8th St. STOP5026AUS
Special Procedures- Insolvency
Austin, TX 78701

Pioneer Mobile Imaging
1022 Dakota Street
San Antonio, TX 78203

THP Staffing, Inc.
273 Long Meadow
Spring Branch, TX 78070

J.W. Dielmann, Inc
4019 Stahl Rd
Suite 118
San Antonio, TX 78217

Remington Medical
6830 Meadowridge Court
Alpharetta, GA 30005

TZ Medical Inc
17750 SW Upper Boones Ferry Road
Suite 150
Portland, OR 97224

Jawad Shaikh MD
18 Carriage Hills
San Antonio, TX 78257

Salvatore Barbaro III MD PA
19016 Stone Oak Pkwy
Suite 190
San Antonio, TX 78256

U.S. Department of Justice
U.S. Attorney Texas - Western
Attn: Bankruptcy
601 NW Loop 410, Suite 600
San Antonio, TX 78216-5512

McKesson Medical Surgical
PO BOX 660266
Dallas, TX 75266-0266

Shockwave Medical Inc
PO BOX 743799
Los Angeles, CA 90074-3799

Vest, PLLC
12602 Toepperwein Rd
Suite 118
Live Oak, TX 78233

Medely Inc
Dept LA 25128
Pasadena, CA 91185-5128

ShoreTel
PO BOX 53230
Phoenix, AZ 85072-3230

Wright Business Technologies, Inc
333 North Sam Houston Parkway East
Suite 880
Houston, TX 77060

MedTek, Inc.
216000 Oxnard Street
Suite 1750
Woodland Hills, CA 91367

Sila Realty Trust, Inc.
PO BOX 714511
Attn: Lease Administration
Cincinnati, OH 45271-4511

Medtronic
PO BOX 848086
Dallas, TX 75284-8086

Spectranetics LLC
Dept CH19038
Palatine, IL 60055-9038

Merit Medical Systems, Inc.
PO BOX 204842
Dallas, TX 75320-4842

Staples Advantage
PO BOX 660409
Dallas, TX 75266-0409

Philips Healthcare
PO BOX 100355
Atlanta, GA 30384-0355

Teleflex LLC
PO BOX 936729
Atlanta, GA 31193-6729

Physician Supply Company
PO BOX 7477
Pasadena, CA 77508

Terumo Medical Corporation
PO BOX 208343
Dallas, TX 75320-8343